IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 15-cv-02375-CBS          Date: April 28, 2016
Courtroom Deputy: Amanda Montoya       FTR – Reporter Deck-Courtroom A402

*Parties:*                             *Counsel:*

DANIEL HUBBARD,                        *Pro se* (by phone)
MARGARET HUBBARD,                      Not present

Plaintiff,

v.

ARGENT MORTGAGE COMPANY, LLC,          Matthew Morr
                                       Thomas Lallier (by phone)

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  STATUS CONFERENCE**
**Court in session: 02:38 p.m.**
Court calls case.  Appearances of counsel.

Plaintiff Margaret Hubbard is not present.  Ms. Hubbard's non-appearance is a violation of the court's order.

Parties have not submitted a completed Consent Form.

**ORDERED:**   The court orders this case be re-drawn to a District Judge pursuant to a completed consent form not being filed.

Discussion regarding *[21] Motion to Compel Production of Required Records by Duces Tectum (sic).*

**ORDERED:**   *[21] Motion to Compel Production of Required Records by Duces Tectum (sic)* is **DENIED** as stated on the record.

Discussion regarding *[4] Motion to Transfer Venue* and allegations in the complaint.

Mr. Hubbard advises the court that he has an attorney.  The court advises Mr. Hubbard that the attorney should enter their appearance in this case.

Hearing Concluded.

**Court in recess: 03:10 p.m.**
Time in court: 00:32

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.